■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MANUEL PENA, Appellant. [769 NYS2d 749]—Application by the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated January 29, 2001 (*People v Pena*, 279 AD2d 639 [2001]), affirming a judgment of the Supreme Court, Richmond County, rendered November 24, 1999.

Ordered that the application is denied.

The appellant has failed to establish that he was denied the effective assistance of appellate counsel (*see Jones v Barnes,* 463 US 745 [1983]). Prudenti, P.J., S. Miller, McGinity and Schmidt, JJ., concur.